

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luminence, LLC. | Civil Action No. 20-cv-00089-BEN-MDD |
| **Plaintiff,** | |
| V. | |
| Kelly Benoit Leach an individual doing business as Novel Graphics Personalized Gifts, a sole proprietorship; Does 1-10 | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendant's Motion to Dismiss without prejudice.

Date:     6/26/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Exler

M. Exler, Deputy